# Notice Recipients

District/Off: 0206−1     User: admin     Date Created: 06/25/2020
Case: 20−10876−1−rel     Form ID: 309A     Total: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | SUZANNE MARY CAYLEY | 1 MAVERICK ROAD    12 | WOODSTOCK, NY 12498 |
| ust | U.S. Trustee    Office of the U.S. Trustee    Leo W. O'Brien Federal Building    11A Clinton Ave, Room 620    Albany, NY 12207 | | |
| tr | Philip J. Danaher−Trustee    1001 Glaz Street    East Greenbush, NY 12061 | | |
| smg | United States Attorney, NDNY    P.O. Box 7198    Syracuse, NY 13261−7198 | | |
| 909197997 | ACCOUNTS CONTROL TECHNOLOGY    PO BOX 471    KINGS MILLS, OH 45034 | | |
| 909197998 | ASHOKAN STORE IT    1 RIDGE ROAD    SHOKAN, NY 12481 | | |
| 909197999 | BARCLAYS BANK DELAWARE    125 S WEST ST    WILMINGTON, DE 19801 | | |
| 909198000 | BEN GARY TREISTMAN    28 GARRISON ROAD    SHADY, NY 12409 | | |
| 909198001 | CAPITAL ONE NA    1680 CAPITAL ONE DRIVE    MCLEAN, VA 22102 | | |
| 909198002 | CAPITAL RECOVERY SYSTEMS, INC    750 CROSS POINTE ROAD    COLUMBUS, OH 43230 | | |
| 909198003 | COMENITYBANK/WAYFAIR    PO BOX 182789    COLUMBUS, OH 43218 | | |
| 909198004 | KOHL'S    N56 W17000 RIDGEWOOD DRIVE    MENOMONEE FALLS, WI 53051 | | |
| 909198005 | MARIA VOLPE    104 WEST HURLEY ROAD    WEST HURLEY, NY 12491 | | |
| 909198006 | PORTFOLIO RECOVERY SERVICES    PO BOX 12914    NORFOLK, VA 23541 | | |
| 909198007 | SYNCB/PPC    PO BOX 530975    ORLANDO, FL 32896 | | |
| 909198152 | Synchrony Bank    c/o of PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 | | |
| 909198008 | TARGET CARD SERVICES    PO BOX 660170    DALLAS, TX 75266−0170 | | |
| 909198009 | TJ MAXX    770 COCHITUATE ROAD    FRAMINGHAM, MA 01701 | | |
| 909198010 | UCDSS (FINANCE DEPT)    1081 DEVELOPMENT COURT    KINGSTON, NY 12401 | | |
| 909198011 | WALMART    702 SOUTHWEST 8TH STREET    BENTONVILLE, AR 72716 | | |

TOTAL: 20