**DebtEd, IFP, MEANSNO**

# U.S. Bankruptcy Court
## Northern District of New York (Albany)
### Bankruptcy Petition #: 20-10876-1-rel

|  |  |
|---|---|
| *Assigned to:* Robert E. Littlefield Jr. | *Date filed:* 06/24/2020 |
| Chapter 7 | *341 meeting:* 07/17/2020 |
| Voluntary | *Deadline for filing claims (govt.):* 12/21/2020 |
| No asset | *Deadline for objecting to discharge:* 09/15/2020 |
|  | *Deadline for financial mgmt. course:* 09/15/2020 |

*Debtor*
**SUZANNE MARY CAYLEY**
1 MAVERICK ROAD
12
WOODSTOCK, NY 12498
ULSTER-NY
845-303-9923
SSN / ITIN: xxx-xx-0614

represented by **SUZANNE MARY CAYLEY**
PRO SE

*Trustee*
**Philip J. Danaher-Trustee**
1001 Glaz Street
East Greenbush, NY 12061
(518) 463-4383

*U.S. Trustee*
**U.S. Trustee**
Office of the U.S. Trustee
Leo W. O'Brien Federal Building
11A Clinton Ave, Room 620
Albany, NY 12207

| Docket Date | # | Docket Text |
|---|---|---|
| 06/26/2020 | 9 | TEXT ORDER: Order Granting Application to Have Filing Fee Waived (Related Doc # 2) SO ORDERED 6/26/2020 by Robert E. Littlefield,Jr.,U.S. Bankruptcy Judge. (Cardinal, Lisa) (Entered: 06/26/2020) |

United States Bankruptcy Court
Northern District of New York

In re:                                                                    Case No. 20-10876-rel
SUZANNE MARY CAYLEY                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0206-1          User: lcard              Page 1 of 1              Date Rcvd: Jun 26, 2020
                              Form ID: pdf904          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
db             +SUZANNE MARY CAYLEY,    1 MAVERICK ROAD,    12,    WOODSTOCK, NY 12498-1745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
              Philip J. Danaher-Trustee    danahertrustee@nycap.rr.com,  PJD@trustesolutions.net
              U.S. Trustee    USTPRegion02.AL.ECF@USDOJ.GOV
                                                                                            TOTAL: 2